UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Susan Lynn Ellison Sargent, <br><br> Plaintiff, <br><br> v. <br><br> Greenwood County School District 52, <br><br> Defendant. | C.A. No. 8:19-cv-01636-DCC-KFM <br><br><br> **STIPULATION OF DISMISSAL** |

The parties, by and through their undersigned attorneys, hereby stipulate, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of all Plaintiff's claims against Defendant Greenwood County School District Fifty-two, in the above-referenced action with prejudice. Each party is to pay its own attorneys' fees and costs.

| DEFENDANT STIPULATES: | PLAINTIFF STIPULATES: |
|---|---|
| BY: *s/ J. Alexander Sherard* <br> Ashley C. Story (FED ID No. 11505) <br> J. Alexander Sherard (FED ID No. 12777) <br> White & Story, LLC <br> P.O. Box 7036 <br> Columbia, SC 29202 <br> 803.814.0993 <br> astory@sodacitylaw.com <br> asherard@sodacitylaw.com <br><br> **Attorneys for Defendant Greenwood County School District 52** <br><br> July 29, 2020 <br> Columbia, South Carolina | BY: *s/ Janet E. Rhodes* <br> Janet E. Rhodes (FED ID No. 10521) <br> Burnette, Shutt & McDaniel, P.A. <br> Post Office Box 1929 <br> Columbia, South Carolina 29202 <br> T: 803.904.7915 <br> F: 803.904.7910 <br> jrhodes@burnetteshutt.law <br><br><br> **Attorney for Plaintiff** <br><br> July 29, 2020 <br> Columbia, South Carolina |